WR-83,995-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/12/2015 11:37:12 AM
Accepted 10/12/2015 11:49:18 AM
ABEL ACOSTA
CLERK

No. _____

IN THE COURT OF CRIMINAL APPEALS OF TEXAS, AT AUSTIN

**In re James Emil Tout**

Relator

RECEIVED
COURT OF CRIMINAL APPEALS
10/12/2015
ABEL ACOSTA, CLERK

## Motion for Leave to File Application for Writs of Mandamus & Prohibition

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, James Emil Tout ("Relator"), by and through his undersigned attorneys, Gary A. Cohen, John G. Jasuta, and David A. Schulman, complaining of the actions of the Parole Division of the Texas Department of Criminal Justice ("the division") and the Board of Pardons and Paroles ("the Board"), and requesting that this Honorable Court grant him leave to file an application for writs of mandamus and prohibition. In support of this request, Relator would show the Court:

Applicant is currently confined in the West Texas Intermediate Sanctions Facility in Brownfield, Texas. He was convicted in 2008, in Williamson County, of the offense of driving while intoxicated. Relator was paroled on May 21, 2012, and,

having previously been convicted of attempted sexual assault of a child, was placed on the "sex offender caseload."

Applicant is challenging the legality of his confinement in a post-conviction application for writ of *habeas corpus* pursuant to Article 11.07 § 3, *et seq.*, C.Cr.P. In the application he wishes to file, and which will be presented to the Court through the mandatory eFiling system, he will demonstrate to the Court that his right to seek *habeas corpus* relief is not an adequate remedy at law, and he has a clear right to the relief sought, which is designed to prevent the Division and the Board from punishing parolees, himself included, solely for the exercise of their right, under the Fifth and Fourteenth Amendment to the Constitution of the United States, to remain silent and not submit to mandatory polygraph examination.

## Prayer

Relator respectfully prays this Court to enter an Order granting him leave to file an application for writs of mandamus and prohibition.

Respectfully submitted,

**Gary J. Cohen**
Attorney at Law
The Cohen Law Firm
9300 Research Blvd, Suite 300
Austin, Texas 78759-6553
Tel. (512) 476-6201
Fax: (512) 477-5773
garycohen@parolelaw.com
State Bar Card No. 04508300

**John G. Jasuta**
Attorney at Law
1801 East 51st St. Ste 365-474
Austin, Texas 78723
Tel. 512-474-4747
Fax: 512-532-6282
lawyer1@johnjasuta.com
State Bar No. 10592300

**David A. Schulman**
Attorney at Law
1801 East 51st Street, Suite 365-474
Austin, Texas 78723
Tel. 512-474-4747
Fax: 512-532-6282
zdrdavida@davidschulman.com
State Bar Card No. 17833400

Attorney for Relator, James Emil Tout

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 404 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on October 12, 2015, a true and correct copy of the above and foregoing "Application for Writs of Mandamus & Prohibition" was transmitted via electronic mail (*eMail*) to John Presa (jprezas@wilco.org), Assistant District Attorney for Williamson County; Bettie Wells (bettie.wells@tdcj.texas.gov), General Counsel for the Board of Pardons & Paroles; and Sharon Felfe Howell (sharon.howell@tdcj.state.tx.us), General Counsel for the Texas Department of Criminal Justice.

_____
**David A. Schulman**